# Exhibit B

| | |
|---|---|
| **From:** | Bruce Pixley |
| **To:** | Daniel L. Low; Daniel Kotchen |
| **Cc:** | Tim McLain |
| **Subject:** | eDiscovery quote |
| **Date:** | Thursday, January 24, 2013 12:50:06 PM |
| **Attachments:** | Kotchen Low First Bag Fee Quote.pdf |
| | image001.png |

Quote for eDiscovery follow-up work

Bruce W. Pixley, CISSP, EnCE
Vice President, Computer Forensics

_____

[cid:image001.png@01CDFA18.286F3BF0]



Electronic Discovery Services
320 Commerce, Suite #150
Irvine, CA. 92602
Phone (714) 417-9420
Fax (714) 417-9433

Bill To: Kotchen & Low LLP

Date: January 16th, 2013
Quotation No: 20130116.1
Quotation Valid until: February 16th, 2013
Prepared by: Tom Avery

Project Reference: Delta First Bag Fee

Assumptions:

- 250,000 pages have been produced as responsive to the client. this data needs to be hosted in Relativity
- 7 custodian data sets will be selected that have data which passed through Clearwell as well as data that is pre Clearwell processing
- Based on interviews with Delta personnel, it is believed that the Clearwell processing of data was inadequate to provide the appropriate documents as responsive. In addition to any Clearwell issues, it is also evident that Delta has no ability to affirmatively state what data was processed in Clearwell or if the original processed data still exists.
- The first phase of this project will be to host the responsive data provided by counsel in Concordance format.
- 7 custodians will be identified by counsel at the guidance of Bruce Pixley, that had data both processed in Clearwell and turned over to Stratify. Those 5 custodians will also need to have the original data that was ingested into Clearwell. Both of those datasets will be processed which will allow for a comparison analysis of the original data and the data that was provided post Clearwell.
- Additionally, Bruce Pixley will attempt to recover deleted email from the 7 designated custodian datasets which will also be processed for comparison and responsiveness reasons.

**PROCESSING AND HOSTING OF CUSTODIAN DATA**

**PROCESSING**

| | |
|---|---|
| Amount of ESI Data | 70 GB |
| Tier 1 – Native File Processing Rate | $390/GB * 70 GB              $27,300.00 |
| Total Estimated Processing Cost | Price range: $27,300.00 |

\*\*\* Native File Data Expansion: Based on our experience PD is estimating that the data provided by Counsel will expand by an amount that is unknown at this time. The amount of data expansion varies depending on a number of factors, which is why the expansion size cannot be estimated at this time. In our experience, eDocs can expand as much as 35-50% and email can expand as much as 100%. Invoices will be based only on actual volume of data that is processed by PD during the course of this engagement – and not on any estimates.

### HOSTING

| | | |
|---|---|---|
| Database Configuration | | $1,500.00 |
| Hosting/GB/Mo. | $35/GB/Mo. | |
| Est. @ 100% Responsive | $35/GB * 100 GB | $3,500.00/mo. |
| Relativity User License/Per User/Per Mo. | $95/user/mo. * 5 | $475.00/mo. |

### PRODUCTION

| | | |
|---|---|---|
| Attorney Endorsements | $.005/page | TBD |
| Bates Stamping | $.005/page | TBD |
| TIFF Production for Native Files/TIFF | $.04/page | TBD |
| Load Files | $150/Load File | TBD |
| Media | At Cost | TBD |

### PROJECT MANAGEMENT AND TECH TIME CHARGES

| | | |
|---|---|---|
| Project Management and Tech Time Charges | $175/Hour *10 Hours (Est.) | $1,750.00 |
| Webex Training | $500/1 Hour Session | $Waived |

*Note:* This is not a statement of work, but simply a quotation based on metrics provided to Precision Discovery to estimate pricing. Should counsel or the client engage Precision Discovery for this work, a formal Statement of Work will be prepared to reflect the quoted pricing. Precision Discovery's invoices will be based on actual work performed, and not on any initial estimates. With respect to TIFF imaging, Precision Discovery performs quality control review procedures on only identified problem files. If either Client or Counsel identifies any additional TIFFs that do not conform to the Client or Counsel's specifications set forth in Precision Discovery's Client Processing Options form, our firm will reimage those TIFFs at no additional cost.

The amount of data projected for processing and hosting is an estimate only. Any projections for hosted data does not include the text portion of the database or any user created fields or saved searches which will increase the size of the hosted database, and thus the cost to host the data. Precision Discovery will invoice based only on the actual size of all data processed and hosted on behalf of the client.



Client name: Kotchen & Low LLP
Project Reference: First Bag Fee
Project Identifier: 000429-00002
DATE: January 16, 2013

APPENDIX A:

| Electronic Discovery (Processing) | | | |
|---|---|---|---|
| Search Criteria Formatting | $175.00 | Per hour | Properly format provided keyword list for proper search syntax. |
| All File Native Processing (Single Tier) | $390.00 | Per GB | Index, search, OCR image only files, deduplication and date filtering. Fee applies to all data that is processed. To include 4 passes for search terms. Addition searching passes at $225 per hour. Extraction of text into metadata fields, building of load file for hosting import. |
| Deliverables from Processing (for Data Processing Only Cases) | | | |
| Load File Creation for Deliverable | $150.00 | Per load file | Produce data in client specified format for delivery. |
| Images from Native Files – Client Hosted | $0.04 | Per page | Create images for processed native files production to opposing counsel. Includes Bates Stamping and a single message endorsement. |
| Attorney/Other Endorsements | $0.01 | Per endorsement | Endorsements/Comments applied to TIFF images. Only applies to the second endorsement and higher. |
| Electronic Bates Numbering | $0.01 | Per page | Electronic bates numbers applied to images. |

Case 1:16-cv-00224-GK   Document 1-2   Filed 02/10/16   Page 6 of 8

**PRECISION DISCOVERY**

Client name: Kotchen & Low LLP
Project Reference: First Bag Fee
Project Identifier: 000429-00002
DATE: January 16, 2013

| *Electronic Discovery (Hosting)* | | | |
|---|---|---|---|
| Proprietary Duplicate Identification | Included in Hosting fees | | Pre-hosting processing. Identifies duplicates in document productions where standard metadata fields are present. Greatly reduces review time and costs without removing the data or images. |
| Case Dashboard - Project Management Web Portal | Free Tool on all Engagements | | Provides instant web access to critically important metrics, including per month and aggregate spend, real-time view of ESI progress from the forensic collection through processing, document review and production. |
| Hosting Database Configuration and Setup | $1,500.00 | Per database | Build custom database to client specifications. Create user accounts and setup security to client specifications in Precision Discovery's hosting environment. |
| Custom Scripting/Searches | $175.00 | Per hour | Develop custom query/script to assist with automated searching/foldering/tagging in the hosted environment. |
| Hosted Data Load (Not Processed by PD) | $25.00 | Per GB | Fee charged to load data into Relativity tool that was received in load file format from a third party. |
| Relativity Hosting | $35.00 | Per GB | Hosting fee related to storage of all data responsive to processing and hosted for online review. Data volume is determined by the physical size it consumes on disk. **($200 Minimum Charge)** |
| Relativity User License | $95.00 | Per user Per month | Per user license fee per month. |
| Conceptual Search Indexing | $150.00 | Per GB | One-time, up-front fee for activation of all Relativity Analytics, including conceptual searching, thematic grouping, Predictive coding and clustering. |
| OCR of Image only documents | $0.01 | Per page | This fee applies to image file deliveries such as productions that need OCR. This line item is not intended to supplement Native File Processing. |
| Equivio Near-duplicates/Email thread Processing | $0.06 (Tiered based on volume) | Per doc | Utilizing the Equivio tool to show email threading/near duplicates in the database. |
| Equivio Relevance | $0.07 (Tiered based on volume) | Per doc | Utilizing Equivio Relevance to apply predictive coding to the documents in the database. |
| PD Reveal | $5,000 / $10,000 | Per database | PD Reveal is a custom Precision Discovery product that examines all Excel, Word and PowerPoint documents in a database for hidden data. Once hidden data is found PD Reveal points out where that data is located within the document so the reviewer does not have to waste time looking for it. PD reveal is setup at the beginning of a project. For databases of < 500K records the pricing is $5,000. For databases > 501K records the pricing is $10,000. |
| PD True Time | $0.10 | Per doc | PD True Time is a wage and hour analytics tool designed to locate email/document records that were created during specific time frames. Employee (custodian) work schedules, time zones and holidays can be mapped into the tool to provide a detailed analysis of when emails/documents were created. |
| *Electronic Discovery (Production)* | | | |
| Electronic Bates Numbering | $0.01 | Per page | Production Bates Numbers applied to TIFF images. |
| Attorney/Other Endorsements | $0.01 | Per endorsement | Endorsements/Comments applied to TIFF images. |
| Images from Native Files – PD Hosted | $0.04 | Per page | Create images for processed native files production to opposing counsel. |
| Native File Production | $0.10 | Per doc | Production of native files with associated metadata in load file format. |


| | | | |
|---|---|---|---|
| Quality Control | $100.00 | Per hour | Quality check on TIFF images flagged for TIER 2 review. TIER 2 documents require a manual re-TIFF due to file complications. This fee applies to all data processing where TIFF images are produced. |
| Load File Creation for Production | $150.00 | Per load file | Produce data in client specified format for client delivery. |
| Database Creation (Concordance) | $650.00 | Per database | Produce Concordance database in client specified format for client delivery. |
| *Electronic Discovery (Project Management)* | | | |
| Project Management | $175.00 | Per hour | Project management dedicated project support related to client services and needs. |
| Tech Time | $175.00 | Per hour | Hourly fee related to issues that fall outside of the line items on this pricing schedule but require a processing technician to complete. |
| Software development | $325.00 | Per hour | Hourly fee related to any custom programming necessary to render a non-standard result. |
| WebEx Training | $500.00 | Per session | One-hour training session on Precision Discovery hosting solutions. |
| Direct Expenses | At Cost | | To include travel, meals, lodging (if travel is required), shipping charges or other client specific charges as related to the project. |
| *Electronic Discovery (Other)* | | | |
| Machine Translation of Foreign Language | $950.00 | Per GB | Automated translation of foreign language to include but not limited to: Arabic, Chinese, Dutch, French, German, Greek, Italian, Japanese, Korean, Portuguese, Polish, Russian, Spanish and Swedish. The translated text is injected into a new text field for online review or it is delivered in a new text field in a load file format. |
| PST Metadata Extraction | $100.00 | Per GB | Extract email metadata report directly from PST (without pre-processing or processing) including Date, To, From, CC, BCC, Subject. |
| Scanning/OCR | $0.10 | Per page | Convert paper documents to images with associated text produced via OCR of those images. |
| CD/DVD Media | $25.00 | Per media piece | Media fee. All optical media will have a custom label with data information embedded. |
| Document Printing | $0.10 | Per page | Print document images and scanned files to hard copy. |
| Hard Drive | $300.00 | Per media piece | USB hard drive for all data deliveries that exceed optical media size. Hard drive will have custom label on the outside. Includes cost of media and the time to transfer data to the media. |
| Shipping Charges | At Cost | | Shipping fees to deliver archived data to the client for storage. |
| Thumb Drive | At Cost | Per media piece | USB flash drive for all data deliveries that exceed optical media size. Thumb drive will have custom label. Includes cost of media and the time to transfer data to the media. |
| Data Destruction Request | $175.00 | Per hour | Destroy all client specified data and provide affidavit attesting to destruction. |
| Data Conversion | $275.00 | Per hour | Applicable when data is in a non-processable format and must be converted to another format for processing. |
| Expert Witness | $450.00 | Per hour | Testifying expert to opine or write declaration on behalf of the client. |
| *Electronic Discovery (Data Archiving for Hosted Data)* | | | |
| Hosted Data Archive Creation | $10.00 | Per GB | This process involves the exporting of all data that is currently hosted to preserve all metadata, documents, images and attorney work product. This export can be placed on near-line storage or physical hard drive. |


| Hosted Data Restoration from Archive | $10.00 | Per GB | This process involves importing archived data from Precision Discovery, either from near-line storage or physical hard drive, back into a hosting platform. This process will bring the database back online for counsel review in the same state in which it was archived. |
|---|---|---|---|
| Monthly Offline Archive Storage | $1.00 | Per GB per month | In addition to the above REMOVE fee, all data that has been removed from Precision Discovery's hosting platform and is now located on offline storage. No additional processing can occur on near-line storage. Restore time is typically two weeks. |
| Monthly Nearline Archive Storage | $3.00 | Per GB per month | In addition to the above REMOVE fee, all data that has been removed from Precision Discovery's hosting platform and is now located on near-line storage. No additional processing can occur on near-line storage. Restore time is typically 72 hours. |
| Archive fee for hosted data moved off to physical hard drive | $100.00 | Per hour | In addition to the above REMOVE fee, all data that has been removed from a Precision Discovery hosting platform and is migrated to physical media for delivery to the client for storage. |
| Destruction of hosted data | No Charge | | At the client's written request, Precision Discovery will destroy all hosted data related to the client at no charge. Data recovery from destruction is not possible. Once the data has been ordered destroyed and the destruction has taken place, the data is permanently deleted. |
| **_Electronic Discovery (Data Archiving for Processed Data)_** | | | |
| Remove data from the processing tool | $100.00 | Per hour | Staff time to detach the SQL processing database and move the data to near-line storage or physical media. |
| Processed Data Restoration from Archive | $5.00 | Per GB | Reattach processing database and bring all archived processed data to an online state so that additional processing can occur. |
| Monthly Offline Archive Storage | $1.00 | Per GB per month | In addition to the above REMOVE fee, all data that has been removed from Precision Discovery's processing tool and is now located on offline storage. No additional processing can occur on near-line storage. Restore time is typically two weeks. |
| Monthly Nearline Archive Storage | $3.00 | Per GB per month | In addition to the above REMOVE fee, all data that has been removed from Precision Discovery's processing tool and is now located on near-line storage. No additional processing can occur on near-line storage. Restore time is typically 72 hours. |
| Archive fee for processed data moved off to physical hard drive/Per hour | $100.00 | Per hour | This fee is charged for processed data moved off to physical storage. It is not in addition to the above move fee. |
| Destruction of processed data | No Charge | | At the client's written request, Precision Discovery will destroy all processed data related to the client at no charge. Data recovery from destruction is not possible. Once the data has been ordered destroyed and the destruction has taken place, the data is permanently deleted. |