# Exhibit C

# Daniel Low

| | |
|---|---|
| **From:** | Daniel Low <dlow@kotchen.com> |
| **Sent:** | Thursday, January 24, 2013 1:02 PM |
| **To:** | 'Bruce Pixley'; 'Daniel Kotchen' |
| **Cc:** | 'Tim McLain' |
| **Subject:** | RE: eDiscovery quote |

Bruce,

Please proceed with the eDiscovery analysis that's reflected in the attachment.  From our conversations with you, we understand that this is analysis that you have requested and that is being conducted as part of your efforts to comply with the Court's Order.

Thanks,

Daniel L. Low
Kotchen & Low LLP
2300 M Street NW, Suite 800
Washington, DC  20037
(202) 841-7164
(202) 280-1128 (fax)
dlow@kotchen.com
www.kotchen.com

------------------------------------------------------------------------------------------
This e-mail and any attachments are intended only for use by the addressee(s) and may contain legally privileged, confidential, or proprietary information. If you received this message in error, please inform me promptly via reply e-mail and delete all copies of the message, including printed copies. Do not disseminate, distribute or copy the email. Thanks.
------------------------------------------------------------------------------------------


-----Original Message-----
From: Bruce Pixley [mailto:bpixley@precisiondiscovery.com]
Sent: Thursday, January 24, 2013 12:50 PM
To: Daniel L. Low; Daniel Kotchen
Cc: Tim McLain
Subject: eDiscovery quote

Quote for eDiscovery follow-up work


Bruce W. Pixley, CISSP, EnCE
Vice President, Computer Forensics
_____
[cid:image001.png@01CDFA18.286F3BF0]

1