INTERNATIONAL INSTITUTE
FOR CONFLICT PREVENTION & RESOLUTION

| | |
|---|---|
| PRECISION DISCOVERY, INC., f/k/a PRECISION DISCOVERY, LLC<br><br>                              Claimant,<br><br>           - against -<br><br>KOTCHEN & LOW LLP,<br><br>                              Respondent. | **DECLARATION OF<br>KINNY CHAN** |

KINNY CHAN, declares as follows pursuant to 28 U.S.C. §1746:

1.      I am the Vice President of Consulting Services at Precision Discovery, Inc. ("Precision").  This declaration is submitted in support of Precision's opposition to the motion of Respondent Kotchen & Low LLP ("K&L") to dismiss this arbitration for non-arbitrability.  I am fully familiar with the facts and circumstances set forth herein.

2.      Precision Discovery is a 100% employee owned consulting company offering a comprehensive array of discovery related services, including computer forensics, electronic discovery and managed review.

3.       Precision's computer forensic services are often required when clients need an expert to examine the contents of a hard drive or several hard drives.  A computer forensic examiner uses software and hardware to examine data contained on a hard drive.  Often this software and hardware is limited in its scale and cannot be used to examine and compare large quantities of data in a timely fashion.  When a case involves the examination of many hard drives, backup tapes and/or other electronic media consisting of large quantities of data, enterprise scale hardware and software including electronic discovery processing software is needed to analyze the data.

4. Large scale electronic discovery projects utilize a combination of software and a datacenter with enterprise grade servers that enable the processing of large quantities of data, which include the extraction of metadata, deduplication of the data, and the application of data analytics so that an examination of the data can be conducted efficiently.

5. Precision's computer forensic and electronic discovery professionals are part of an engagement team and jointly handle many projects together. While Precision's specialists work out of a number of office locations throughout the country, Precision's employees work together as one unified company.

6. In November 2012, I attended a National Asian Pacific Bar Association ("NAPABA") conference on behalf of Precision.  The conference was held from November 15-18, 2012 in Washington, D.C.

7. Precision had a booth at the conference which consisted of a large table, with a Precision Discovery branded tablecloth over it, along with two large vertical marketing banners on behind the table.  The two large marketing banners listed many of my company's forensics and electronic discovery service offerings.

8. During the conference, Daniel Low, of K&L approached me at Precision's booth and asked me to describe Precision's service offerings.  I described to Mr. Low in detail our electronic discovery service offerings, and our expertise in forensically collecting data, data processing, data hosting and producing data.  I also described Precision's electronic discovery and data analytics capabilities to him, and described briefly the background of our head of computer forensics.

9. Mr. Low informed me that his law firm was looking to retain an electronic discovery and computer forensics firm to help them with a spoliation investigation for a case that K&L was involved in. He also told me that K&L was in the process of considering other electronic discovery and computer forensics firms for the assignment.

10. After my discussion with Mr. Low, I had a follow-up discussion with one of Precision's sales people who was also at the conference, Tai Hornbeck. It is my understanding that Mr. Hornbeck continued speaking with K&L, and at some point later on, was informed that Precision had been selected by K&L to serve as the discovery expert for the project.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at New York, New York on March 4, 2016.

_____
Kinny Chan