UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KOTCHEN & LOW LLP,<br><br>       Plaintiff,<br><br> - against -<br><br>PRECISION DISCOVERY, INC.,<br><br>       Defendant. | Case No. 1:16-cv-224-GK<br><br>**DECLARATION OF STEVEN J. COHEN IN SUPPORT OF PRECISION'S MOTION TO STAY AND TO COMPEL <u>ARBITRATION</u>** |

Steven J. Cohen, Esq. declares as follows pursuant to 28 U.S.C. §1746:

1. I am a member of Wachtel Missry LLP, counsel to Precision Discovery, Inc. ("Precision") in the underlying arbitration. My motion for *pro hac vice* admission to this Court was granted on April 5, 2016. (Case No. 16-cv-224, ECF No. 17). This Declaration is submitted in support of Precision's motion to stay this action and to compel arbitration. I am familiar with the facts and circumstances set forth herein.

2. Attached hereto as **Exhibit 1** is the Complaint dated February 10, 2016, filed by Kotchen & Low LLP ("K&L") in this action.

3. Attached hereto as **Exhibit 2** is a copy of the Order dated November 19, 2012, entered in the action entitled *In re Delta/Air Tran First Bag Fee Antitrust Litigation,* 09-md-2089 (the "Delta Litigation").

4. Attached hereto as **Exhibit 3** is a copy of the Retainer Agreement dated November 25, 2012, between Precision and K&L.

5. Attached hereto as **Exhibit 4** is a copy of the CPR 2007 Non-Administered Arbitration Rules.

6. Attached hereto as **Exhibit 5** is a copy of an Order dated September 25, 2013, entered in the Delta Litigation.

7. Precision filed its Notice of Arbitration in the arbitration entitled *Precision Discovery, Inc. v. Kotchen & Low LLP,* CPR File: G-16-23-C (the "Arbitration") on September 23, 2014.

8. K&L filed its Answer and Counterclaims in the Arbitration on November 10, 2014.

9. Precision filed its Reply to Counterclaims in the Arbitration on December 4, 2015.

10. K&L filed its Motion to Dismiss for Non-Arbitrability on February 22, 2016.

11. Precision filed its opposition to K&L's motion to dismiss for non-arbitrability on March 4, 2016.

12. On March 5, 2016, the panel in the Arbitration issued an Order suspending the Arbitration as a result of K&L's failure to pay its portion of the Arbitration fees.

13. On March 15, 2016, Charlene Warner, the Dispute Resolution Services Manager at the International Institute for Conflict Prevention & Resolution ("CPR"), emailed all counsel in the Arbitration stating that the Arbitration would be reinstated upon the payment of half of the estimated fees for the Arbitration by March 25, 2016, and the remainder of the fees prior to 90 days before the first hearing.

14. On March 25, 2016, Precision paid CPR $54,300, representing one half of the $108,600 in estimated arbitration fees for the Arbitration, and agreed to pay the additional $54,300 to CPR prior to 90 days before the first hearing date in the Arbitration. To date, K&L has not paid any of the Arbitration fees it is obligated to pay.

15. By Scheduling Order dated March 28, 2016, the panel reinstated the Arbitration and scheduled additional briefing on K&L's motion to dismiss for non-arbitrability by April 16, 2016.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at New York, New York on April 5, 2016.

_____
Steven J. Cohen