IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KOTCHEN & LOW LLP<br><br>*Plaintiff*,<br><br>v.<br><br>PRECISION DISCOVERY, INC., and<br>JERRY BARBANEL<br>       *Defendants*. | Case No. 1:16-cv-224-GK |

### ORDER

The Court having considered Defendants' Motion to Stay Proceedings and Compel Arbitration, or in the Alternative, to Dismiss, and the response thereto, it is hereby

**ORDERED** that the Motion to Stay Proceedings and Compel Arbitration is **GRANTED**; and it is further

**ORDERED** that the parties shall continue arbitrating this matter before the International Institute for Conflict Prevention and Resolution; and it is further

**ORDERED** that all proceedings in this Court are hereby **STAYED** pending resolution of the parties' arbitration.

**SO ORDERED** this _____ day of _____, 2016.

_____
Gladys Kessler
United States District Judge

## NOTICE OF PARTIES TO BE SERVED

Pursuant to LCvR 7(k), I certify that the following is entitled to be notified of the entry of this Order:

**Daniel L. Low**
KOTCHEN & LOW, LLP
1745 Kalorama Rd, NW
Suite 101
Washington, DC 20009

    /s/ John R. Grimm
John R. Grimm