Exhibit 2

| | |
|---|---|
| **From:** | Daniel Low |
| **To:** | "Steven Cohen"; "John Grimm" |
| **Cc:** | "Daniel A. Kotchen (dkotchen@kotchen.com)" |
| **Subject:** | Precision 26(f) / Mediation |
| **Date:** | Tuesday, May 17, 2016 12:51:00 PM |

Steve / John:

The arbitrator's order only keeps one claim in arbitration, so it is clear that we will be litigating at least some of the claims.  Under the Local Rules, it appears that our Rule 26(f) conference is overdue.  See Local Rule 16.3 (requiring a Rule 26(f) conference 21 days before a scheduling order is due under Fed. R. Civ. P. 16(b)); Fed. R. Civ. P. 16(b)(2) (requiring a scheduling order to be issued within 60 days after any defendant has appeared).  Please let us know when you're available to conduct a Rule 26(f) conference.

Also, it appears that we're overdue in conferring on whether mediation would be appropriate.  See Local Rule 84.4(a), Cross Reference ("LCvR 16.3 requires counsel to meet, within 14 days after defendant enters an appearance in a case, to discuss whether mediation might be appropriate and to submit their views to the Court within 14 days after the meeting.").  Given that our last settlement proposals were relatively close together, we think mediation would probably make sense in this case.  Steve – can you give me a call to discuss?  (I have other calls at 1 and 5 pm today, but am otherwise free).

Thanks,

Daniel L. Low
Kotchen & Low LLP
1745 Kalorama Road NW, Suite 101
Washington, DC  20009
(202) 841-7164
(202) 280-1128 (fax)
dlow@kotchen.com
www.kotchen.com

-------------------------------------------------------------------------------------
This e-mail and any attachments are intended only for use by the addressee(s) and may contain legally privileged, confidential, or proprietary information. If you received this message in error, please inform me promptly via reply e-mail and delete all copies of the message, including printed copies. Do not disseminate, distribute or copy the email. Thanks.
-------------------------------------------------------------------------------------