UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KOTCHEN & LOW LLP,<br><br>    Plaintiff,<br><br>    v.<br><br>PRECISION DISCOVERY, INC., and<br><br>JERRY BARBANEL,<br><br>    Defendants. | Civil Action No.: 1:16-cv-00224-GK<br><br>**[PROPOSED] ORDER** |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Stay Rule 26 Obligations Pending Determination on Arbitrability, and after considering the parties' briefing and arguments, it is hereby:

ORDERED that Defendants' Motion to Stay Rule 26 Obligations is DENIED; and it is further

ORDERED THAT the parties shall comply with their Rule 26(f) obligations.

**IT IS SO ORDERED**

Date: _____       _____
                                                                 Judge Gladys Kessler
                                                                 United States District Judge